IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SETH GOTTESMAN, individually and:
as parent and next friend of
his minor child, T.G.          :

v.                              :   Civil Action No. DKC 25-1682

                                :

BOARD OF EDUCATION OF MONTGOMERY
COUNTY, MARYLAND, et al.        :

**ORDER**

This matter came before the court on the motion of Plaintiff Seth Gottesman for a temporary restraining order pursuant to Rule 65 of the Federal Rules of Civil Procedure. (ECF No. 3). For the reasons stated in open court, it is this 29th day of May, 2025, by the United States District Court for the District of Maryland ORDERED that:

1. Plaintiff's motion for a temporary restraining order (ECF No. 3) BE, and the same hereby IS, DENIED; and

2. The Clerk will transmit a copy this Order to counsel.

_____/s/_____
DEBORAH K. CHASANOW
United States District Judge