**Seth Gottesman, Individually and as parent and next friend of his minor child T.G.**

**vs.**

**Board of Education of Montgomery County, Maryland et al**

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED
4:22 pm, May 29 2025
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___M.D.___ Deputy

**Civil No. TDC 25-cv-01682**                                                                 **Plaintiff's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 5/29/2025 | 5/29/2025 | Teacher Slides |
| 2 | 5/29/2025 | 5/29/2025 | Emails to-from DHS-MCPS re Health Curriculum |
| 3 | 5/29/2025 | 5/29/2025 | MPIA Request |
| 4 | 5/29/2025 | 5/29/2025 | Emails to-from BOE Member Wolff re Health Curriculum |
| 5 | 5/29/2025 | 5/29/2025 | MPIA Reply Fee Letter |
| 6 | 5/29/2025 | 5/29/2025 | Complaint From the Public |
| 7 | 5/29/2025 | 5/29/2025 | Emails to-from Dawson - Pre-meeting |
| 8 | 5/29/2025 | 5/29/2025 | Email to Dawson - Post-meeting |
| 9 | 5/29/2025 | 5/29/2025 | Emails to-from SG + DHS-MCPS re removal of Health from TJ |
| 10 | 5/29/2025 | 5/29/2025 | GOTTESMAN Level II Denial DHS - '3-30-2023' |
| 11 | 5/29/2025 | 5/29/2025 | Emails to-from DHS - Post-Denial Fallout |
| 12 | 5/29/2025 | 5/29/2025 | Gottesman Letter to DHS - 10-16-24 |
| 13 | 5/29/2025 | 5/29/2025 | Allen to SG - 10-22-2024 |
| 14 | 5/29/2025 | 5/29/2025 | Plaintiff Appeal Letter to BOE - 12-13-2024 |
| 15 | 5/29/2025 | 5/29/2025 | DHS Letter Grad Req'ts - 2-18-2025 |
| 16 | 5/29/2025 | 5/29/2025 | SG to DHS 2-28-2025---- |

Exhibit List (Rev. 3/1999)

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 17 | 5/29/2025 | 5/29/2025 | DHS to SG - 3-3-2025 |
| 18 | 5/29/2025 | 5/29/2025 | DHS to SG - 3-3-2025 |
| 19 | 5/29/2025 | 5/29/2025 | Emails to-from DHS re Grad Walk |
| 20 | 5/29/2025 | 5/29/2025 | Letter of Recommendation - TJG_3.24.25 |
| 21 | 5/29/2025 | 5/29/2025 | MCBE Reply - Janss |
| 22 | 5/29/2025 | 5/29/2025 | MSBE Op. No. 24-10 |
| 23 | 5/29/2025 | 5/29/2025 | Declaration of Erica Seib |

Exhibit List (Rev. 3/1999)